Fred W. Schwinn (SBN 225575)
Raeon R. Roulston (SBN 255622)
CONSUMER LAW CENTER, INC.
12 South First Street, Suite 1014
San Jose, California  95113-2418
Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190
Email Address: fred.schwinn@sjconsumerlaw.com

Attorneys for Plaintiff
MARK ANDREW MASELLI

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| MARK ANDREW MASELLI,<br><br>              Plaintiff,<br>       v.<br><br>LEGAL RECOVERY LAW OFFICES, INC., a California corporation; and ANDREW PAUL RUNDQUIST, individually and in his official capacity,<br><br>              Defendants. | Case No. 5:14-CV-04988-NC<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>Fed. R. Civ. P. 41(a)(1) |

COMES NOW the Plaintiff, MARK ANDREW MASELLI, by and through his attorney Fred W. Schwinn of the Consumer Law Center, Inc., and pursuant to Fed. R. Civ. P. 41(a)(1), respectfully notifies this Court that Plaintiff, MARK ANDREW MASELLI, hereby dismisses, with prejudice, all claims made by him against Defendants, LEGAL RECOVERY LAW OFFICES, INC., and ANDREW PAUL RUNDQUIST, in his Complaint filed herein on November 11, 2014.  Plaintiff further notifies the Court that his dispute with Defendants has been settled.

                                                                              CONSUMER LAW CENTER, INC.

Dated:  December 29, 2014                                   By: /s/ Fred W. Schwinn
                                                                                     Fred W. Schwinn, Esq.
                                                                                     Attorney for Plaintiff
                                                                                     MARK ANDREW MASELLI

NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE                    Case No. 5:14-CV-04988-NC